In the Matter of the Application of PHŒBE A. D. BOYLE, as an Executor and Trustee under the Will of JOHN BOYLE, Deceased, Respondent.

JOHN H. B. BOYLE, Individually and as Executor and Trustee under the Will of JOHN BOYLE, Deceased, Appellant; HANNAH B. ELGER et al., Respondents.

*Matter of Boyle*, 166 App. Div. 504, affirmed.
(Argued February 21, 1916; decided March 7, 1916.)

APPEAL from orders of the Appellate Division of the Supreme Court in the second judicial department, entered April 16, 1915, which affirmed two decrees of the Kings County Surrogate's Court, the first of which removed John H. B. Boyle as one of the executors and trustees under the will of John Boyle, deceased, and the second of which appointed a successor to a deceased executor and trustee.

*Louis Frankel* and *Delos McCurdy* for appellant.

*Joseph G. Quinn, Jr.,* and *Louis B. Hasbrouck* for petitioner, respondent.

*Eugene D. Boyer* and *Charles Strauss* for Hannah B. Elger et al., respondents.

43

*Martin B. Faris* for Florence M. Bell et al., respondents.

*John Caldwell Myers* for Dorothy H.. Elger et al., respondents.

*Benjamin H. Newell* for John B. Bell, respondent.

Orders affirmed, with one bill of costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.